FILED

09/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0189

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0189

DANNY LEE WARNER, JR.,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

SEP 07 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Danny Lee Warner, Jr. has filed a Motion For Leave to File an Overlength Brief of 13,000 words.

IT IS HEREBY ORDERED that motion to file an overlength brief is DENIED. Appellant has until September 22, 2022, within which to file his opening brief.

DATED this ⁷ᵗʰ day of September, 2022.

For the Court,

Chief Justice